RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL RIDDLE
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Kehla Denee Smith

___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUN 2 4 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:15-mj-402-VCF |
|---|---|
| Plaintiff, | ~~STIPULATION~~ TO SET A CHANGE OF PLEA |
| vs. | (First Request) |
| KEHLA DENEE SMITH, | ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle, Assistant Federal Public Defender, counsel for defendant KEHLA DENEE SMITH, that the trial currently scheduled for July 22, 2015, at the hour of 9:00 a.m., be vacated and a change of plea be scheduled at a time and date convenient to this court.

This Stipulation is entered into for the following reasons:

1.  The parties have reached an agreement which will obviate the need for a trial in this matter.

2.  The defendant is incarcerated and does not object to the stipulation.

3.  The parties agree to the stipulation.

1  DATED this 24th day of June, 2015.

2

3  RENE L. VALLADARES                          DANIEL G. BOGDEN
   Federal Public Defender                     United States of America

4  /s/ Paul Riddle                             /s/ Nadia Janjua Ahmed
   By:_____                  By:_____
5  PAUL RIDDLE                                 NADIA JANJUA AHMED
   Assistant Federal Public Defender           Assistant United States Attorney
6  Counsel for Amanda Frier                    Counsel for the Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEHLA DENEE SMITH,<br><br>　　　　　Defendant. | 2:15-mj-402-VCF<br><br>FINDINGS OF FACT AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have reached an agreement which will obviate the need for a trial in this matter.

2. The defendant is incarcerated and does not object to the stipulation.

3. The parties agree to the stipulation.

### ORDER

IT IS FURTHER ORDERED that the trial currently scheduled for July 22, 2015, at the hour of 9:00 a.m., be vacated and set for a change of plea on June 26, 2015 at the hour of 1:00 P.m.

DATED 24th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

3